UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: ) CHAPTER 13
)
JEFF E. HOYLE ) CASE NO. 09 74617
CHRISTINE M HOYLE, )
)
)
Debtor(s) )

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES Lydia S. Meyer, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the Northern District of Illinois, Western Division, and as for their Motion to Modify the confirmed Chapter 13 Plan filed herein and in support thereof states as follows:

1. The debtor(s) filed herein a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code on __10/21/09__ ; the case was ultimately confirmed on __4/16/10__ .

2. At the time of filing, the debtor(s) was/were determined to be above median income.

3. Pursuant to the debtor(s) 2011 tax return, his/her/their gross monthly income is higher than scheduled.

4. The Trustee believes that there is additional disposable income which is available for distribution to the unsecured creditors.

5. That based on the debtor(s) current net income minus IRS allowances, the debtor(s) plan payment should be $ __2153 or $1426 AND PLAN MODIFIED TO 100%__ .

6. That attached hereto are the trustee's calculations which calculate the plan payment utilizing the allowances at the time of filing and the current allowances, if different.

7. The debtor(s) confirmed plan does not pay unsecured creditors 100% of his/her/their claims. Since the debtors(s) plan is not a 100% , all of his/her/their disposable income must be allocated to his/her/their plan for a minimum period of 60 months.

WHEREFORE, the Trustee prays this court to enter an order modifying the Chapter 13 Plan increasing the plan payment to $ _1426_ and modifying the Chapter 13 Plan to pay all allowed claims 100%

_____
LYDIA S. MEYER, Trustee

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL  61105-4127
Telephone:  815/968-5354
Fax:  815/968-5368