UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>JEFF E. HOYLE<br>CHRISTINE M. HOYLE<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 09-74617<br><br>Chapter: 13<br><br>Honorable Manuel Barbosa |

ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming before the Court on the Motion to Modify filed 6/1/2012 by Lydia S. Meyer, the standing Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case be and the same is hereby modified increasing the plan payment to $1573 and modifying the Chapter 13 Plan to pay all allowed claims 100%.

Enter: _____
Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated: NOV 0 8 2012

**LYDIA S. MEYER, Trustee**

PO Box 14127
Rockford, IL 61105-4127
Phone: 815-968-5354
Fax: 815-968-5368

Rev: ILNB20100428_bko