UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                              CHAPTER 13
JEFF E. HOYLE
CHRISTINE M. HOYLE                                         CASE NO.  09-74617

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   **National City Real Estate Services LLC**   **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 3814

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $20,758.86 (per creditor's amended proof of claim) |
| | +   395.00 (per allowed cost of collection) |
| | +   200.00 (per allowed cost of collection) |
| Total | $21,353.86 |
| Amount Paid by Trustee | $21,353.86 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  10/8/2014                    /s/Lydia S. Meyer
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 8th Day of October, 2014.

Dated:  10/8/2014                    /s/Cynthia K. Burnard

NATIONAL CITY REAL ESTATE SERVICES LLC
% PNC MORTGAGE
PO BOX 1820
DAYTON, OH 45401-1820

NATIONAL CITY
EQUITY ACCELERATOR
PO BOX 192940
SAN FRANCISCO, CA  94119

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

JEFF E. HOYLE
CHRISTINE M. HOYLE
3239 CAMP ROAD
OREGON, IL  61061

ATTORNEY DAVID L. DAVITT
4023 CHARLES STREET
ROCKFORD, IL  61108